# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Hernan Castro Palacios,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration & Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Joel Brott,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-4561 LMP/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Hernan C. P.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. Within 7 days of the date of this Order, the Government shall provide Hernan C. P. with a bond hearing in accordance with 8 U.S.C. § 1226(a);

3. If the Government does not provide Hernan C. P. with a bond hearing as required by this Order, he must be immediately released from detention;

4. Within 8 days of the date of this Order, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court

regarding Hernan C. P.'s release; and

5. Hernan C. P.'s Motion for a Temporary Restraining Order (ECF No. 4) is **DENIED** as moot.

Date: 12/22/2025                                          KATE M. FOGARTY, CLERK